UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD MCLAUGHLIN, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 11-11587–JLT |
| JOSEPH D. MACDONALD, JR., | * | |
| Respondent. | * | |

ORDER

September 12, 2012

TAURO, J.

    This court ACCEPTS and ADOPTS the August 22, 2012 Report and Recommendation [#23] ("Report and Recommendation") of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Petitioner must delete all claims except Ground Four, regarding admission of medical records, by October 2, 2012.

2. If Petitioner fails to delete such claims by October 2, 2012, Respondent's Motion to Dismiss [#8] shall be ALLOWED, and Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 [#1] shall be DISMISSED without prejudice.

3. Petitioner's Motion for Injunctive Relief [#13] is DENIED.

4. Petitioner's Motion for Habeas Corpus [#16] is DENIED.

5. Petitioner's Motion for Injunctive Relief to Give Relief from the Boston Retirement Board [#17] is DENIED.

6. Petitioner's Motion for Injunctive Relief from the Sentence of Judge Barrett in Hingham County District Court [#18] is DENIED.

7. Petitioner's <u>Motion for Injunctive Relief from the Sentence of Judge Barret of Hingham Court's Order to Suspend Driver's License</u> [#19] is DENIED.

8. Petitioner's <u>Motion for Hearing</u> [#21] is DENIED.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge