UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MCLAUGHLIN, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 11-11587-JLT |
| | * | |
| JOSEPH D. MACDONALD, JR., | * | |
| | * | |
| Respondent. | * | |

ORDER

August 29, 2013

TAURO, J.

This court hereby ACCEPTS and ADOPTS the Report and Recommendation [#50] of Magistrate Judge Boal. For the reasons set forth in the report and recommendation, this court hereby orders that:

1. Petitioner's Petition for Writ of Habeas Corpus [#1] is DENIED.

2. Petitioner's Motion for a Restraining Order [#31] is DENIED.

3. Petitioner's Motion for Summary Judgment [#40] is DENIED.

4. Petitioner's Motion for a Preliminary Injunction [#42] is DENIED.

5. Petitioner's Motion for Declaratory Judgment [#44] is DENIED.

6. Petitioner's Motion for Provision of Proof [#46] is DENIED.

7. Petitioner's Motion for Trial Transcripts [#47] is DENIED.

8. Petitioner's Motion for Leave to File [#52] is DENIED.

THIS CASE IS CLOSED. IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge